IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANN CIARLONE, IRENE LORA, ORAZIO GERBINO and ANNE BAEZ, Plaintiffs, v. CITY OF READING, THOMAS MCMAHON, RYAN HOTTENSTINE, BRAD REINHART, JATINDER SINGH KHOKAR, and JAMES ORRS, Defendants. | CIVIL ACTION NO. 09-0310 |

## **ORDER**

AND NOW, this   28th   day of October, 2009, upon consideration of the Motion to Quash a Subpoena and for Protective Order filed on behalf of the Honorable Wallace S. Scott (Document No. 25), Plaintiffs' Response to the Motion (Document No. 27), Plaintiffs' Supplemental Response to the Motion (Document No. 38), and the Movant's Response (Document No. 40), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED, and the Subpoena issued by Plaintiffs to the Honorable Wallace S. Scott is QUASHED.

It is further ORDERED that the Motion For Protective Order is GRANTED, and Plaintiffs and all other parties are barred from serving any other discovery requests upon Judge Scott related to this matter.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge