IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARY ANN CIARLONE, et al. | : | Civil Case |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-310 |
| | : | |
| CITY OF READING, et al. | : | |
| Defendants, | : | |

## ORDER

**AND NOW**, this 18th day of November, 2009, upon consideration of defendants' motions to dismiss plaintiffs' first amended complaint (Doc. #12), plaintiffs' response thereto (Doc. # 14), and defendants' response (Doc. #20), IT IS HEREBY ORDERED that Defendants' motion is **DENIED**. An answer to the complaint shall be filed within fourteen (14) days of this order.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.