**LAW OFCS. OF VINCENT B. MANCINI & ASSOC.**
     By:   Paul Toner, Esquire (Atty. I.D. # 94185)
             Brian C. LeGrow, Esquire (Atty. I.D. # 93977)
414 E. Baltimore Pike
Media, PA 19063
T. (610) 566-8064
F. (610) 566-8265
E. ptoner@vmancinilaw.com                    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANN CIARLONE : | |
| IRENE LORA : | No. 09-CV-00310 |
| ORAZIO GERBINO : | |
| ANNE BAEZ : | |
|        Plaintiffs, : | |
| v. : | |
| : | |
| THOMAS McMAHON : | |
| RYAN HOTTENSTEIN : | |
| JATINDER KHOKHAR, *et al.* : | |
|        Defendants : | |

## MOTION TO STRIKE THE REPLY BRIEF FILED BY DEFENDANTS THOMAS MCMAHON, RYAN HOTTENSTEIN AND JATINDER KHOKHAR

Plaintiffs, Mary Ann Ciarlone, Irene Lora and Anne Baez, by and through their attorneys, Law Offices of Vincent B. Mancini & Associates, submit this Motion to Strike Reply Brief, and aver as follows:

    1.     On December 27, 2010, Defendants Thomas McMahon, Ryan Hottenstein and Jatinder Khokhar filed a "Reply" to Plaintiffs' Response to the Motion for Summary Judgment filed by Defendants Thomas McMahon, Ryan Hottenstein and Jatinder Khokhar. (Doc. No. 101)

    2.     Defendants Thomas McMahon, Ryan Hottenstein and Jatinder Khokhar did not file a motion for leave to file said Reply Brief.

    3.     The Policies and Procedures promulgated by this Court expressly provide that

> "Reply and surreply briefs are <u>not</u> <u>permitted</u> unless leave to file them is granted upon motion of a party."

Judge Stengel's Policies and Procedures, Section II, C.2., *Eastern District of Pennsylvania Federal Practice Rules Annotated* (Peter F. Vaira, Ed.) (emphasis in original.)

WHEREFORE, Plaintiffs request that the Reply Brief filed by Defendants Thomas McMahon, Ryan Hottenstein and Jatinder Khokhar be **STRICKEN.**

Respectfully submitted,

**Law Offices of Vincent B. Mancini & Associates**

BY:           PJT7466
      PAUL J. TONER, ESQUIRE

BY:          BCL7855
      BRIAN C. LeGROW, ESQUIRE
Attorneys for Plaintiffs