IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ANN CIARLONE, et al. | : | Civil Case |
|     Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-310 |
| | : | |
| CITY OF READING, et al. | : | |
|     Defendants, | : | |

## ORDER

**AND NOW**, this 20th day of January, 2011, upon consideration of defendants, Jatinder Khokhar, Ryan Hottenstein, and Thomas McMahon's motion for summary judgment (Doc. # 78), and all responses and replies thereto, IT IS HEREBY ORDERED that the motion is **GRANTED**.

                                              BY THE COURT:


                                              /s/ LAWRENCE F. STENGEL
                                              LAWRENCE F. STENGEL, J.