IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ANN CIARLONE, et al. | : | Civil Case |
|    Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-310 |
| | : | |
| CITY OF READING, et al. | : | |
|    Defendants, | : | |

## ORDER

**AND NOW**, this 20th day of January, 2011, upon consideration of defendants, Brad Reinhart, James Orrs, and the City of Reading's motion for summary judgment (Doc. # 79), and all responses and replies thereto, IT IS HEREBY ORDERED that:

1. The motion is GRANTED in part and denied in part;

2. The motion is DENIED as to plaintiffs' Fourth Amendment claim;

3. The motion is DENIED as to plaintiffs' violation of privacy claim;

4. The motion is DENIED as to plaintiffs' Fourteenth Amendment claim;

5. The motion is GRANTED as to plaintiffs' First Amendment retaliation claim;

6. The motion is GRANTED as to plaintiffs' failure to train claim; and

7. The motion is DENIED as to defendants' claim for qualified immunity.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.