IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY ANN CIARLONE, et al.              :        Civil Case
    Plaintiffs,                            :
                                               :
  v.                                     :        No. 09-310
                                               :
CITY OF READING, et al.                :
    Defendants,                            :

**FILED**

JAN 2 5 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 24ᵗʰ day of January, 2011, upon consideration of defendants, City of

Reading, Thomas McMahon, Ryan Hottenstein, Brad Reinhart, Jatinder Khokhar and James

Orrs' motion in limine to preclude evidence of pre-incident lawsuits and settlements (Doc. #

115), and plaintiffs' response thereto (Doc. # 127), IT IS HEREBY ORDERED that

defendants' motion is GRANTED.

BY THE COURT:

LAWRENCE F. STENGEL, J.