IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ANN CIARLONE, et al. | : | Civil Case |
|    Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-310 |
| | : | |
| CITY OF READING, et al. | : | |
|    Defendants, | : | |

ORDER

**AND NOW**, this 24th day of January, 2011, upon consideration of defendants, City of Reading, Thomas McMahon, Ryan Hottenstein, Brad Reinhart, Jatinder Khokhar and James Orrs' motion in limine to preclude post-incident evidence (Doc. # 116), and plaintiffs' response thereto (Doc. # 129), IT IS HEREBY ORDERED that defendants' motion is GRANTED.

                BY THE COURT:

                /s/ LAWRENCE F. STENGEL
                LAWRENCE F. STENGEL, J.