IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ANN CIARLONE, et al. | : | Civil Case |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-310 |
| | : | |
| CITY OF READING, et al. | : | |
| Defendants, | : | |

## ORDER

**AND NOW**, this 25th day of January, 2011, upon consideration of plaintiffs' motion in limine to preclude the introduction of inadmissible hearsay (Doc. # 130), and defendants' oral argument in response thereto, IT IS HEREBY ORDERED that plaintiffs' motion is DENIED.

BY THE COURT:


*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.